**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 0:25-cv-61915-AHS

**ADRIANA TRUFANT BARBIERI,**
*individually and on behalf*
*of all those similarly situated*,

  **Plaintiff,**
**v.**

**TD BANK NATIONAL ASSOCIATION,**

  **Defendants.**
_____/

**JOINT NOTICE OF SETTLEMENT**

  The Parties, by and through their respective undersigned counsel, submit this Joint Notice of Settlement and state that the Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the Parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

Dated: October 22, 2025

| | |
|---|---|
| /s/ Mitchell Hansen<br>**Mitchell Hansen, ESQ.**<br>Florida Bar No.: 1065929<br>E-mail: mitchell@jibraellaw.com<br>**ZANE C. HEDAYA, ESQ.**<br>Florida Bar No.: 1048640<br>E-mail: zane@jibraellaw.com<br>**GERALD D. LANE, JR., ESQ.**<br>Florida Bar No.: 1044677<br>E-mail: gerald@jibraellaw.com<br>The Law Offices of Jibrael S. Hindi<br>1515 NE 26TH Street Wilton Manors,<br>Florida 33305<br>Phone: 954-907-1136<br>*COUNSEL FOR PLAINTIFF* | /s/Julian A. Jackson-Fannin<br>Julian A. Jackson-Fannin, Esq.<br>Florida Bar No. 93220<br>Carolina Z. Goncalves, Esq.<br>Florida Bar No. 124570<br>Duane Morris LLP<br>201 South Biscayne Blvd., Suite 3400<br>Miami, FL 33131-4325<br>Telephone: +1 305 960 2200<br><br>*Attorneys for Defendant TD Bank, N.A* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Mitchell Hansen
**Mitchell Hansen, ESQ.**
Florida Bar No.: 1065929
E-mail: mitchell@jibraellaw.com

*COUNSEL FOR PLAINTIFF*