UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61915-CIV-SINGHAL

ADRIANA TRUFANT BARBIERI
individually and on behalf of all those
similarly situated,

      Plaintiff,

v.

TD BANK NATIONAL ASSOCIATION,

      Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal (DE [13]) filed by the parties. The Court having reviewed the Stipulation for Dismissal and the docket,  it is hereby

**ORDERED AND ADJUDGED** that all claims of Plaintiff are **DISMISSED WITH PREJUDICE,** with each party to bear its own attorneys' fees and costs.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of November 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF